THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY BARR,<br><br>    Plaintiff,<br><br>v.<br><br>C&D ZODIAC, INC., a Delaware corporation registered in Washington and doing business in Washington State;<br>SAFRAN USA, INC., a Delaware corporation registered in Washington and doing business in Washington State;<br>ZODIAC CABIN & STRUCTURES, LLC, a Delaware limited liability company registered in Washington and doing business in Washington State,<br><br>    Defendants. | No. 2:18-cv-00344<br><br>STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANTS ZODIAC CABIN & STRUCTURES SUPPORT LLC AND SAFRAN USA, INC.<br><br>NOTE ON MOTION CALENDAR:<br><br>March 15, 2018 |

Plaintiff Kathy Barr and defendants C&D Zodiac, Inc. and Zodiac Cabin & Structures Support LLC (erroneously sued by Plaintiff as "ZODIAC CABIN & STRUCTURES, LLC") stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of all claims by plaintiff Kathy Barr against defendant Zodiac Cabin & Structures Support LLC and defendant Safran USA, Inc., without costs to any party. This Stipulation is signed by all parties who have appeared. Safran USA, Inc. has not appeared in this action. Voluntary dismissal of all claims against one or more defendants is proper under Rule 41. See *Gen. Signal Corp. v. MCI Telecommc'ns Corp.*, 66 F.3d 1500, 1513 (9th Cir. 1995) ("Rule 41 is reserved for

circumstances in which the result of the alleged dismissal is that one or all of the defendants are released from the action."), cert. denied, 516 U.S. 1146 (1996).

RESPECTFULLY SUBMITTED this 15th day of March, 2018.

s/ Richard Hughes, WSBA No. 22897
**Hughes Law Group, PLLC**
415 N. 4th Street
Mount Vernon, WA 98273
Telephone: 360.336.6120
E-mail: richard@hughes-law-group.com

Attorneys for Plaintiff Kathy Barr

s/ Julie S. Lucht, WSBA No. 31278
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: JLucht@perkinscoie.com

Attorneys for Defendant C&D Zodiac, Inc. and Zodiac Cabin & Structures Support LLC

## ORDER

Having reviewed the stipulation, it is so ordered.

DATED this _27th_ day of __March__, 2018.

_____
Marsha J. Pechman
United States District Judge

STIPULATION & PROPOSED ORDER
DISMISSAL ZODIAC CABIN AND SAFRAN
(No. 2:18-cv-00344) –2
138987805.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

On March 15, 2018, I caused to be served upon counsel of record, at the addresses stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | | |
|---|---|---|
| Richard Hughes, WSBA #22897 | ☐ | Via Hand Delivery |
| Hughes Law Group, PLLC | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 415 N. 4th Street | | |
| Mount Vernon, WA 98273 | ☐ | Via Overnight Delivery |
| Telephone: (206) 336-6120 | ☐ | Via Facsimile |
| Email: Richard@hughes-law-group.com | ☑ | Via E-Filing |
| | ☑ | Via E-mail |

Attorneys for Plaintiff Kathy Barr

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of March, 2018.

*s/ Janet Davenport*
Janet Davenport, Legal Practice Assistant

CERTIFICATE OF SERVICE (No. 2:18-cv-00344) –1

138987805.1